**No. 57117.**—Air Clearance Ass'n, Inc. *v.* United States, protest 194565–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.